IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNIVERSITY HEALTH SYSTEMS OF EASTERN CAROLINA, INC. D/B/A ECU HEALTH; PITT COUNTY MEMORIAL HOSPITAL, INCORPORATED D/B/A ECU HEALTH MEDICAL CENTER, and D/B/A ECU HEALTH BEAUFORT HOSPITAL – A CAMPUS OF ECU HEALTH MEDICAL CENTER; EAST CAROLINA HEALTH – BEAUFORT, INC.; DUPLIN GENERAL HOSPITAL, INC. D/B/A ECU HEALTH DUPLIN HOSPITAL; and EAST CAROLINA HEALTH – HERITAGE, INC. D/B/A ECU HEALTH EDGECOMBE HOSPITAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>AETNA HEALTH INC.,<br><br>    Defendant. | Civil Action No.: No. 4:25-cv-00104-BO |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs University Health Systems of Eastern Carolina, Inc. d/b/a ECU Health; Pitt County Memorial Hospital, Incorporated d/b/a ECU Health Medical Center, and d/b/a ECU Health Beaufort Hospital – A Campus of ECU Health Medical Center; East Carolina Health – Beaufort, Inc.; Duplin General Hospital, Inc. d/b/a ECU Health Duplin Hospital; and East Carolina Health – Heritage, Inc. d/b/a ECU Health Edgecombe Hospital (collectively, "ECU Health") and Defendant Aetna Health Inc. ("Aetna")—by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rules 6.1, 7.1, and 77.2(b)—jointly move the Court for an Order further amending the Court's January 8, 2026 Scheduling Order (ECF No. 33) to allow the

1

1606323325.3

Case 4:25-cv-00104-BO-RJ     Document 34     Filed 02/02/26     Page 1 of 4

parties an opportunity to explore settlement discussions. In support of this motion, ECU Health shows the Court the following:

1. On August 14, 2025, the parties filed their joint Rule 26(f) Report, wherein they proposed to bifurcate this litigation into two phases, with Phase I potentially dispositive motions due January 16, 2026, responses thereto due February 6, 2026, and replies in support of Phase I motions due February 20, 2026. ECF No. 18.

2. On August 18, 2025, the Court entered a Scheduling Order adopting the parties' proposed Phase I motion briefing schedule. ECF No. 19, ¶ 4.

3. On January 7, 2026, ECU Health filed a consent motion to amend the August 18, 2025 Scheduling Order, seeking an extension of the briefing deadlines for Phase I potentially dispositive motions to accommodate its counsel's upcoming litigation schedule and several personal matters. ECF No. 32.

4. On January 8, 2026, the Court granted the motion and extended the briefing deadlines as requested. ECF No. 33.

5. The parties are currently under a deadline to file Phase I potentially dispositive motions by February 6, 2026. ECF No. 33.

6. However, the parties have commenced discussions to try to resolve the matter by agreement, and wish to explore the prospect of compromise over the next several weeks without devoting time and resources to dispositive motion briefing efforts (which may be obviated if they are able to reach an agreement).

7. The parties therefore jointly request that the Court amend its Scheduling Orders of August 18, 2025 and January 8, 2026 (ECF Nos. 19 and 33) such that the parties can continue their settlement discussions.

8. The parties respectfully request that the Court extend the deadlines set forth in its January 8, 2026 Scheduling Order (ECF No. 33) as follows:

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Phase I Potentially Dispositive Motions | February 6, 2026 | May 15, 2026 |
| Responses | March 27, 2026 | June 19, 2026 |
| Replies | April 10, 2026 | July 10, 2026 |

9. The parties file this motion in good faith and without an improper purpose, such as causing delay.

**WHEREFORE**, the parties respectfully requests that the Court enter an Order amending the January 8, 2026 Scheduling Order to extend the parties' Phase I motion briefing deadlines as set forth above.

Dated: February 2, 2026

**K&L GATES LLP**

*/s/ Anderson M. Shackelford*
Gary S. Qualls
N.C. State Bar No. 16798
gary.qualls@klgates.com
Nate A. Huff
N.C. State Bar No. 40626
nate.huff@klgates.com
Anderson M. Shackelford
N.C. State Bar No. 49510
anderson.shackelford@klgates.com
430 Davis Drive
Morrisville, NC 27560
Telephone: (919) 466-1195
Facsimile: (919) 516-2072

*Counsel for Plaintiffs*

**ALSTON & BIRD LLP**

*/s/ Kelsey L. Kingsbery*
Kelsey L. Kingsbery
N.C. State Bar No. 51736
kelsey.kingsbery@alston.com
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2227
Facsimile: (919) 862-2260

**HICKS THOMAS LLP**

John B. Shely
jshely@hicks-thomas.com
M. Katherine Strahan
kstrahan@hicks-thomas.com
Jeffrey D. Migit
jmigit@hicksthomas.com
700 Louisiana, Suite 2300
Houston, TX 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: February 2, 2026                  */s/ Anderson M. Shackelford*
                                                      Anderson M. Shackelford