IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNIVERSITY HEALTH SYSTEMS OF EASTERN CAROLINA, INC. D/B/A ECU HEALTH; PITT COUNTY MEMORIAL HOSPITAL, INCORPORATED D/B/A ECU HEALTH MEDICAL CENTER, and D/B/A ECU HEALTH BEAUFORT HOSPITAL – A CAMPUS OF ECU HEALTH MEDICAL CENTER; EAST CAROLINA HEALTH – BEAUFORT, INC.; DUPLIN GENERAL HOSPITAL, INC. D/B/A ECU HEALTH DUPLIN HOSPITAL; and EAST CAROLINA HEALTH – HERITAGE, INC. D/B/A ECU HEALTH EDGECOMBE HOSPITAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>AETNA HEALTH INC.,<br><br>    Defendant. | Civil Action No.: No. 4:25-cv-00104-BO |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion to Amend Scheduling Order. Upon review and consideration, the Court finds that good cause exists to grant the motion.

**IT IS, THEREFORE, ORDERED** that the joint motion is GRANTED. The Court's January 8, 2026 Order is hereby amended to read as follows:

> Phase I potentially dispositive motions shall be filed no later than **May 15, 2026**; responses are due no later than **June 19, 2026**; and replies are due no later than **July 10, 2026**.

All remaining aspects of the Court's August 18, 2025 Scheduling Order shall remain in effect.

**IT IS SO ORDERED.**

        Signed: _____, 2026.

        _____
        United Stated District Judge

2
Case 4:25-cv-00104-BO-RJ    Document 34-1    Filed 02/02/26    Page 2 of 2